**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-24508 |
| | § | |
| JULIE D JOYCE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $215,000.00 | Assets Exempt: | $22,050.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,738.56 | Claims Discharged Without Payment: | $28,012.22 |
| Total Expenses of Administration: | $1,261.44 | | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $224,193.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,261.44 | $1,261.44 | $1,261.44 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $30,881.00 | $31,111.78 | $31,111.78 | $3,738.56 |
| **Total Disbursements** | $255,074.00 | $32,373.22 | $32,373.22 | $5,000.00 |

4). This case was originally filed under chapter 7 on 06/10/2011. The case was pending for -1337 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/22/2012     By:  /s/ Horace Fox, Jr.
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 Hyundai Sante Fe 14,200 miles | 1129-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**


**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Loan Administration & | 4110-000 | $212,463.00 | NA | $0.00 | $0.00 |
| | Chicago Patrolmans Fcu | 4110-000 | $11,730.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$224,193.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Green Bank | 2600-000 | NA | $11.44 | $11.44 | $11.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,261.44** | **$1,261.44** | **$1,261.44** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as | 7100-000 | $30,242.00 | $31,111.78 | $31,111.78 | $3,738.56 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| assignee of Citibank, NA | | | | | |
| Illinois Collection Se | 7100-000 | $344.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $295.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $30,881.00 | $31,111.78 | $31,111.78 | $3,738.56 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-24508 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | JOYCE, JULIE D | | Date Filed (f) or Converted (c): | 06/10/2011 (f) |
| For the Period Ending: | 3/22/2012 | | §341(a) Meeting Date: | 07/20/2011 |
| | | | Claims Bar Date: | 12/01/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5258 West Winnemac Ave Chicago, IL 60630 | $230,000.00 | $2,537.00 | DA | $0.00 | FA |
| 2 | TCF National Bank Checking Account | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Stove, Refrigerator, Washer/Dryer, Microwave, Cooking Utensils, Living Room Furniture, Tables, Chairs, Television, DVD, Computer, Computer Printer | $800.00 | $0.00 | DA | $0.00 | FA |
| 4 | All Clothing | $150.00 | $0.00 | DA | $0.00 | FA |
| 5 | Guns and Firearms | $500.00 | $0.00 | DA | $0.00 | FA |
| 6 | Police Pension | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | 2009 Hyundai Sante Fe 14,200 miles | $23,000.00 | $8,670.00 | | $5,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                     **Gross Value of Remaining Assets**
                                    $257,450.00         $11,207.00                $5,000.00         $0.00

**Major Activities affecting case closing:**
02/12/2012    Final report in court 3.1.12, 10:30 am, 682

Orders entered, awaiting zero balance bank statment for final report. 3.12.12

**Initial Projected Date Of Final Report (TFR):**   12/21/2011    **Current Projected Date Of Final Report (TFR):**   12/21/2011    /s/ HORACE FOX, JR.
                                                                                                                                HORACE FOX, JR.

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 11-24508 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | JOYCE, JULIE D | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******1979 | | **Checking Acct #:** | ******0801 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 6/10/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/22/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 10/17/2011 | (7) | Julie D. Joyce | 2009 Hyndai personal property | 1129-000 | $5,000.00 | | $5,000.00 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.64 | $4,996.36 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.80 | $4,988.56 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.05 | $4,980.51 |
| 01/04/2012 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | ($8.05) | $4,988.56 |
| 03/01/2012 | 5001 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,250.00 | $3,738.56 |
| 03/01/2012 | 5002 | PYOD LLC its successors and assigns as assignee of Citibank, NA | Final Claim #: 1; Dividend: 74.94; Amount Allowed: 31,111.78; | 7100-000 | | $3,738.56 | $0.00 |
| | | | **TOTALS:** | | $5,000.00 | $5,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,000.00 | $5,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,000.00 | $5,000.00 | |

| For the period of 6/10/2011 to 3/22/2012 | | For the entire history of the account between 10/17/2011 to 3/22/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.00 | Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 | Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,000.00 | Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 | Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-24508 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | JOYCE, JULIE D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1979 | | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/10/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/22/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,000.00 | $5,000.00 | $0.00 |

**For the period of 6/10/2011 to 3/22/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/10/2011 to 3/22/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.